**Entered on Docket**
**September 01, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005-FF10
09-73933

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-19612-bam |
|---|---|
| Magda Gomez and Miguel Hernandez-Santiago | Date: 8/24/2010 Time: 1:30 pm |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

1         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

2    the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as

3    to Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS

4    OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH

5    CERTIFICATES, SERIES 2005-FF10, its assignees and/or successors in interest, of the subject

6    property, generally described as 6940 Senton Ave., Las Vegas, NV 89108.

7         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

8    withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

9    the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

10   Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

11

12   Submitted by:

13

14   **WILDE & ASSOCIATES**

15   By: _#10235_

16   **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

17   **APPROVED / DISAPPROVED**

18   By:_____

19   Randolph Goldberg
     Attorney for Debtor(s)

20   **APPROVED / DISAPPROVED**

21   By:_____

22   Rick A. Yarnall
     Chapter 13 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _x_ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _x_ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor